## MORGAN v. N.C. FARM BUREAU MUT. INS. CO.

No. 351P94

Case below: 115 N.C.App. 398

Petition by defendant (N.C. Farm Bureau Mutual Ins. Co.) for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## MUSSELWHITE v. HOUSEHOLD INTERNATIONAL, INC.

No. 371P94

Case below: 115 N.C.App. 398

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 September 1994.

## NAEGELE OUTDOOR ADVERTISING v. CITY OF WINSTON-SALEM

No. 158A94

Case below: 113 N.C.App. 759

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 September 1994.

## NATIONSBANK OF N.C. v. AMERICAN DOUBLOON CORP.

No. 264P94

Case below: 114 N.C.App. 505

Petition by defendants (Parsons and RPC) for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## NATIONWIDE MUT. FIRE INS. CO. v. BANKS

No. 300P94

Case below: 114 N.C.App. 760

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.